**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF LOUISIANA

RUSSELL B. LONG FEDERAL BUILDING AND COURTHOUSE

777 FLORIDA STREET. SUITE 355

BATON ROUGE. LOUISIANA 70801-1712

JOHN V. PARKER

DISTRICT JUDGE

June 22, 2006

RECEIVED 2006 JUN 28 A 10: 25 FINANCIAL DISCLOSURE OFFICE

Judge Ortrie D. Smith
Chair, Judicial Conference
 of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2005 Filing

Dear Judge Smith,

In response to your letter of June 14, 2006 I amend my 2005 financial disclosure report as follows:

In Part VII, page I, lines 6-8, Column C(2) the value method code is corrected to value method code "W-estimated" for Rental Unit, Baton Rouge, LA, Lot 1, St. Helena, and Lot 2, St. Helena.

I thank you for calling this mistake to my attention and regret any inconvenience that my oversight may have caused the Committee.

Very Truly Yours,



John V. Parker

JVP/ph

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978.*
*(5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br>Parker, John V. | 2. Court or Organization<br>MDLA | 3. Date of Report<br>5/4/06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final | 6. Reporting Period<br>Jan. 1, 2005 to<br>Dec. 31, 2005 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address<br>U.S. Courthouse<br>777 Florida St., Suite 355<br>Baton Rouge, LA  70801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Co-Manager | PARMAC, L.L.C. |
| 2  Executor | Succession of Mildred Niemeier |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| X  NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | [X] NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | [X] NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | [ ] NONE (No reportable liabilities.) | | |
| 2 | Washington Mutual | Mortgage Note | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| John V. Parker | 5/4/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Stock – Hibernia Bank | A | Dividend | | | Sell | 06/01 | K | E | |
| 2 Stock – Greensburg Bank | A | Dividend | K | W | | | | | |
| 3 JP Morgan/Chase | C | Interest | M | T | | | | | |
| 4 Hancock Bank | C | Interest | N | T | | | | | |
| 5 Woodstock P. East L.L.C. | D | Distribution | K | U | | | | | |
| 6 Rental Unit, Baton Rouge, LA | | None | L | R | | | | | |
| 7 Lot 1, St. Helena | A | Royalty | J | R | | | | | Texas Petro |
| 8 Lot 2, St. Helena | | None | J | R | | | | | |
| 9 American Gateway Bank | C | Interest | M | T | | | | | |
| 10 Parmac L.L.C. | A | Distribution | K | U | | | | | |
| 11 Parmac L.L.C. | A | Distribution | K | U | | | | | |
| 12 Am Funds Inv. Co (AICCX) | B | Dividend | K | T | Buy | 06/06 | K | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | John V. Parker | 5/4/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII lines 3 and 9 aggregate of all accounts.

Part VII line 12 is a Morgan Keegan Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _____5/4/06_____

NOTE: A[...]IDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT[...]L AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544